Matter of Epps v Williams (2023 NY Slip Op 02236)

Matter of Epps v Williams

2023 NY Slip Op 02236

Decided on April 28, 2023

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on April 28, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: WHALEN, P.J., PERADOTTO, CURRAN, OGDEN, AND GREENWOOD, JJ.

348 CAF 20-00016

[*1]IN THE MATTER OF SHAWN M. EPPS, PETITIONER-APPELLANT,
v
ERICA D. WILLIAMS, RESPONDENT-RESPONDENT. (APPEAL NO. 1.) 

CHARLES J. GREENBERG, AMHERST, FOR PETITIONER-APPELLANT.
DAVID J. PAJAK, ALDEN, FOR RESPONDENT-RESPONDENT. 
MARY ANNE CONNELL, BUFFALO, ATTORNEY FOR THE CHILD. 

 Appeal from an order of the Family Court, Erie County (Brenda M. Freedman, J.), entered December 5, 2019 in a proceeding pursuant to Family Court Act article 6. The order confirmed a report by the Referee which, among other things, directed that respondent shall continue to have sole custody of the subject child. 
It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs for reasons stated in the report of the Referee at Family Court.
Entered: April 28, 2023
Ann Dillon Flynn
Clerk of the Court